IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LOUVENIA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-2357-KHV-ADM |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the court on plaintiff Louvenia Jackson's ("Jackson") Motion to Proceed Without Prepayment of Fees. (ECF 3.) Title 28 U.S.C. § 1915 allows courts to authorize commencing a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." Proceeding in forma pauperis ("IFP") "in a civil case is a privilege, not a right—fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). The decision to grant or deny IFP status under § 1915 lies within "the sound discretion of the district court." *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001). After carefully reviewing the information Jackson provided in the financial affidavit in support of her motion, the court waives the filing fee required for her to commence this civil action. Jackson is granted leave to proceed IFP.

When a plaintiff proceeds IFP, the court may screen the complaint under 28 U.S.C. § 1915(e)(2)(B). The court may dismiss the complaint if it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). The court has screened Jackson's complaint. Although the factual allegations therein are not very specific, the court is satisfied that they are sufficient to plausibly state at least one viable claim.

**IT IS THEREFORE ORDERED** that plaintiff Louvenia Jackson's Motion to Proceed Without Prepayment of Fees (ECF 3) is granted.  Jackson is directed to provide addresses of all named defendants by **September 30, 2022**, so that the Clerk may proceed with service of process.

**IT IS FURTHER ORDERED** that the Clerk shall issue a summons for the defendants, and service of the summonses and copies of the complaint shall be effected by the United States Marshal or a Deputy United States Marshal, both of whom are appointed for such purpose pursuant to Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

Dated September 12, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
